JS-6

CHERYL A. SABNIS (SBN 224323)
csabnis@kslaw.com
RAMON A. MIYAR (SBN 284990)
rmiyar@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:   +1 415 318 1200
Facsimile:    +1 415 318 1300

JOSEPH N. AKROTIRIANAKIS (SBN 197971)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: +1 213 443 4355
Facsimile:  +1 213 443 4310

Attorneys for Defendant
TOTAL TERMINALS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE KOBREN, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>TOTAL TERMINALS INTERNATIONAL, LLC, et al.,<br><br>            Defendants. | Case No. CV 19-9189-GW-GJSx<br><br>Assigned to the Honorable George H. Wu<br><br>**JUDGMENT IN A CIVIL ACTION** |

1  The Court, the Honorable George H. Wu, presiding, having granted the
2 motion of Defendant Total Terminals International, LLC ("Defendant"), for
3 summary judgment, as noted in the Court's Order of January 19, 2021 (ECF No.
4 49), IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Katherine
5 Kobren ("Plaintiff") take nothing from Defendant by her complaint and that
6 judgment in this action be, and hereby is, entered in favor of Defendant and against
7 Plaintiff.

8  Defendant shall recover its litigation costs in accordance with applicable
9 law.

11 DATED: January 26, 2021   _____
12                            HON. GEORGE H. WU.
                              U.S. DISTRICT JUDGE